## DENNIS W. BYARS *v.* WHYCO CHROMIUM COMPANY ET AL.
### (15287)

Dupont, C. J., and Spear and Hennessy, Js.

Submitted on briefs February 13—decision released March 12, 1996

*Dennis W. Byars*, pro se, the appellant (plaintiff), filed a brief.

*Scott Wilson Williams* filed a brief for the appellees (defendants).

PER CURIAM. The decision of the workers' compensation review board is affirmed.